KEMP, Appellant, v. HOLTER, Respondent. (Supreme Court, Appellate Division, First Department. March 7, 1913.) Action by George Kemp against Edwin O. Holter. G. S. Scofield, of New York City, for appellant. W. L. Glenney, of New York City, for respondent. No

opinion. Judgment affirmed, with costs. Order filed.